IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE UNSEALING OF THE SEARCH WARRANTS AND SUPPORTING AFFIDAVITS | ) ) ) ) ) ) ) | 1:05M148A 1:05M149A 1:05M150A |

**ORDER**

Pursuant to an application by the United States of America, it is hereby ORDERED that the search warrants and supporting affidavits in the above-captioned matters are to be unsealed.

LINCOLN D. ALMOND
MAGISTRATE JUDGE
United States District Court

DATE: 1/5/06